IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE SWIFT, JR.
ADC #111527                                                                 PLAINTIFF

v.                              No. 4:23-cv-103-DPM

OREN L. GINN, Lieutenant                                                    DEFENDANT

## ORDER

This case was recently reassigned to my docket. Due to the press of other business, the June trial date must be continued. The new trial date is 24 February 2026. A Second Amended Final Scheduling Order will issue. The Court also requests the parties to reconsider consenting to trial before the Magistrate Judge. The Court directs the Clerk to enclose the consent forms with this Order.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 April 2025