IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAWRENCE SWIFT, JR.                                              PLAINTIFF
ADC #111527

v.                          No. 4:23-cv-103-DPM

OREN L. GINN, Lieutenant                                         DEFENDANT

## ORDER

LaPorte-Jenner's motion, *Doc. 56*, is granted for good cause. She says she cannot afford the financial commitment required to represent Swift adequately for the rest of the case.

The Court appoints Edward Schieffler to represent Swift. Discovery and motion practice is done. Trial will proceed on 24 February 2026. Schieffler's contact information is:

> Edward Schieffler
> Schieffler Law Firm
> 426 Plaza Drive
> West Helena, Arkansas 72390
> (870) 572-2161

The Court directs LaPorte-Jenner to provide new counsel a copy of all file materials by 26 August 2025 and remain available to get Schieffler up to speed on the case. The Court thanks LaPorte-Jenner for her work on this matter.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2025