# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAWRENCE SWIFT, JR.**
**ADC #111527**                                                                                 **PLAINTIFF**

v.                              No. 4:23-cv-103-DPM

**OREN L. GINN, Lieutenant**                                                        **DEFENDANT**

## JUDGMENT

Swift's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 9 March 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

9 January 2026