**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LAWRENCE SWIFT, JR.**                                    **PLAINTIFF**

**v.**                          **No. 4:23-cv-103-DPM**

**OREN L. GINN, Lieutenant**                              **DEFENDANT**

**ORDER**

The Court grants appointed counsel's motion for reimbursement, *Doc. 69.* LOCAL RULE 83.6(5). The travel expenses incurred are reasonable. The Court directs the Clerk to disburse $373.64 from the Library Fund to Edward H. Schieffler and put a copy of this Order and the motion in the Clerk's Library Fund file.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____11 February 2026_____